AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Euro Pacific Capital, Inc. (see addendum for additional Plaintiffs)

*Plaintiff*

v.

U.S. China Mining Group, Inc. and Hongwen Li

*Defendant*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. China Mining Group, Inc.
c/o Anderson Registered Agents
3225 McLeod Drive #110
Las Vegas, Nevada 89121

Hongwen Li
15310 Amerbly Drive, Suite 250
Tampa, Florida 33647

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David Graff, Esq.
Christopher Ayers, Esq.
1251 Avenue of the Americas
New York, New York 10020
Tel: 212-278-1000
Fax: 212-278-1733

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/17/2015

/s/ R. Chambers

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                              *Server's signature*

                                        _____
                                              *Printed name and title*

                                        _____
                                              *Server's address*

Additional information regarding attempted service, etc:

**ADDENDUM**

| | |
|---|---|
| EURO PACIFIC CAPITAL, INC., individually and in its capacity as Investor Representative and attorney-in-fact for ALEXANDER AND YANA GALUZ, AMY J. STEFANIK, ANN STRUVE, ANTHONY NAHUM, ART KLEPPEN AND KIMBERLY KLEPPEN, BARBARA ELLIS, BARBARA HEARST, BARBARA S. MEISTER, BENJAMIN R. EARL AND JONEE D. EARL, BERT JUDE HUNTSINGER, BLAKE AND LISA EVERETT, BRUCE FRANKLIN, BRUCE RAVENEL, BURT YANO AND PATRICIA YANO, CAROL COOPER, CAROLYN R. LONG, CHARLES BRABENAC, CHARLES M. CLAUSSEN AND MICHELLE S. CLAUSSEN, CHARLES SULLIVAN AND CAROL SULLIVAN, CHARLOTTE J. BELASCO, CHIN HSIAO, CINDY J. LEWIS, CLIFF WARD, COREY SHANNON MCNAMEE, CURTIS ANDREW BEESON AND BRENDA BATENBURG, CYNTHIA KESSLER AND JAMES KESSLER, DAMON SUTER AND MALINDA SUTER, DANIEL J. GRIFFIN, DARREL LEE KLOECKNER, DAVID ALAN SCULLY, DAVID W. LARSON AND JENNIFER L. LARSON, DEBORAH FOREMAN, DENNIS FRIED AND JOYCE FRIED, DIANE D. SPOLUM, DONALD GIRARD CLARK JR. AND DEBRA L. CLARK, DONALD T. GLASER JR., DOUGLAS W. JOHNSON, EDGAR SIMONS, EDWARD CHARLES MOHR, ELIZABETH RICHARDS, ELMIRA GADOL, FRANCIS BRENT MAY AND JONEITA JEAN MAY, FRANK CARDILE SR., FRED HARPER, GARY LEE BUKAMIER, GARY MARDER, GAYLE M. AND DEBORAH SANDERS, GEORGE FELDMAN, GEORGE K. CHING, GEORGE MADARAZ, GERALD AND BEVERLY R BARNE, GERALD MONA, GERARD SURERUS, GERSHOM LUNDBERG, GILBERT DOMINGUEZ, KENNETH RAY GLEASON, HARNEK THIARA AND TALWINDER THIARA, HEIDI W. KIENE AND KEVIN KIENE, HENRY LOUIS SCHAIRER JR., HOWARD W. WAHL, J. MARK MCPHERSON, JACK AND TAMI FINEGOLD, JACK ABRAMS AND MARGO ABRAMS, JAMES A. SHEAHAN AND MELODY K. SHEAHAN, JAMES A. TAMBORELLO, JAMES ALLEN LUTTER, JAMES CURTIS BROWN, JAMES D. DREYER JR., JAMES V. BACON, JASON HANDZA AND ALEXANDRA HANDZA, JASON L. RAWLINGS AND LEANNE K. | Index No. _____<br><br>**SUMMONS** |

RAWLINGS, JEFF ARCHIBALD, JEFFREY REISNER, JOANNE COLTRIN AND ANDRE COLTRIN, JOHN MAVAR, JOHN T. KEALY AND JANINE K. KEALY, JONATHAN EDWARDS AND VIRGINIA C. ADAMS, JOSEPH MCCARTHY AND MIKI MCCARTHY, JOSH D. BRADBURY, JR., SUSAN BRADBURY, JOSHUA SCHEIN, JULIA L. GRIFFIN, JUSTIN KERENYI, KARL K. SPIELMAN AND MELINDA G. ELKIN, KENNETH NASS, KENT SCOTT AND LAURA SCOTT, KERRY LEE AND HELEN WELSH, KEVIN P. O'NEILL AND SUZANNE ODELL O'NEILL, KURT SWOGGER, LARRY BRUNZLICK, LARRY E. GROFF AND DORIS R. GROFF, LARRY GUAGLIARDO, LAURA D. MCHUGH, LAWRENCE J. BUTZ, LAWRENCE LEARY, LLOYD E. HENDRIX, LOUIS A. LARSON AND PAMELA J. LARSON, MARC KASSIN, MARC W. LEVIN, MARK A. OSTERHAUS, MARK DUGGER, MARK R. MITCHELL, MARSHALL CARL RICE, MARY HEINKING, MARY NEIBERG, MARYANN MIGAS, MATT HAYDEN, MATTHEW C. AMERMAN AND CARRIE AMERMAN, MEHRAN TASLIMI, MICHAEL MATULA, MICHAEL SCULLY, MICHELLE GRIFFIN, MIRIAM SCHWARTZ, MITCHELL MARTIN AND DEBORAH MARTIN, NANCY L. BENSON, NICOLAS KARAMAOUN, OLEKSANDR TUMKO AND OKSANA TUMKO, PAMELA HARRINGTON MUNRO, PAT BROWNE, PATRICK AND GLORIA KIRK, PATRICK MULLEN, PAUL DIPAOLO AND NANCY L. WORTHINGTON, PAUL E. SORGE JR., PAUL HARPER ZINK, PETER D. SCHIFF, PETER SCHORTMANN AND SUSAN SCHORTMANN, QUINCY MURPHY, RALPH DALE EDSON, RANDELL SCOTT GLEASON AND MICHELE LEE GLEASON, RICHARD MOORE, RICHARD P. ANTHONY III AND KIMBERLY J. ANTHONY, RICHARD POTAPCHUK,

ROBERT DAGGETT, ROBERT E. CATHRO, ROBERT HEIMANN, ROBERT L. BISHOP AND FRANCINE BISHOP, ROBERT NEAL SPADY AND LINDA SPADY, ROBERT T. FOSS AND MARGARET FOSS, ROD MCINTYRE, ROYCE V. JACKSON, RUSSELL B. WALKER, RUSSELL PARKER, SARAH J. BASLER AND DONALD S. BASLER, SCOTT MUELLER, SCOTT R. GRIFFIN, SCOTT R. LENNES, SHERRY MORSE MACCABEE AND JOHN GREENBERGER MACCABEE, SHIDAN TASLIMI, STANLEY J. DRELICK, STEPHEN P. MCCARRON, STEPHEN RASKIN, STEVE SMITH, STEVEN PAUL HARMS, TERRY ALAN CREWS, TERRY OLSON AND LINDA M. OLSON, THOMAS AARON LADNER, TIMOTHY CARROLL, TIMOTHY CRANE, TIMOTHY NASS, TIMOTHY WEAVER, TINA C. PETERSON AND HENDRIKUS M. SCHRAVEN, TODD A. HANNON AND MICHELLE L. HANNON, TONY BIZ AND JEANNE C. LIM, VADA NOBLES, VINCE BACOLINI, VIVEK GHAI, VLAJKO DJORDJEVIC, WALTER FRIESEN, WILLIAM BRADLEY, WILLIAM J. CYR, WILLIAM WILEY AND MARIANNE WILEY, WILLIS DUNKUM III, YADIN ROZOV, and DOES 1-100,

        Plaintiffs,

vs.

U.S. CHINA MINING GROUP, INC. and HONGWEN LI,

        Defendants.