# AFFIDAVIT OF NON-SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 15CV04636 (CM)                                  Date Filed: _____

**Plaintiff:**
**Euro Pacific Capital, Inc., et al.**

vs.

**Defendant:**
**U.S. China Mining Group, Inc., et al.**

For:
Anderson Kill P.C.
1251 Avenue Of The Americas
New York, NY 10020

Received by GSI to be served on **Hongwen Li, 17890 Castleton St., City Of Industry, CA 91748.**

I, Dylan Wicklund, being duly sworn, depose and say that on the **29th day of June, 2015 at 1:45 pm, I:**

**NON-SERVED the Summons and Complaint, Civil Cover Sheet; Individual Practices and Procedures Judge Colleen McMahon; Electronic Case Filing Rules & Instructions.** for the reason that I failed to find **Hongwen Li** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
6/29/2015  1:45 pm   The defendant is unknown at this address per the property manager at this office building.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the __1__ day of __July__, __2015__ by the affiant who is personally known to me.

_____
NOTARY PUBLIC


TONI SANO
Commission No. 1976095
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
My Comm. Expires APRIL 23, 2016

_____
Dylan Wicklund
1599

GSI
360 E. 1st St., Suite 773
Tustin, CA 92780
(714) 486-3606

Our Job Serial Number: GSI-2015002640

Service Fee: $65.00

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m