AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>U.S. CHINA MINING GROUP, INC.</u>
was received by me on *(date)* <u>6-22-15 @ 4:42 p.m.</u>

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because <u>NO LONGER REGISTERED AGENT</u> ; or

6/26/2015 2:25 pm Attempted Service: 3225 MCLEOD DR. #110, LAS VEGAS, NV 89121 Documents rejected by ANDERSON representative Ashley Jackson due to the fact that they are no longer the Registered Agent for U.S. CHINA MINING GROUP, INC. as of May 2015. Discard address.

My fees are $ <u>N/A</u> for travel and $ <u>N/A</u> for services, for a total of $ <u>0.00</u> .

I declare under penalty of perjury that this information is true.

Date: <u>6/29/15</u>

_____
Server's signature

<u>FRIDA ARAGON - PROCESS SERVER</u>
Printed name and title

<u>108 W. WYOMING AVE., LAS VEGAS, NV 89102</u>
Server's address

Additional information regarding attempted service, etc: