# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of New York | County of N/A | U.S. DISTRICT Court |

Index Number: 1:15-CV-04636-CM
Date Filed: _____

Plaintiff:
**EURO PACIFIC CAPITAL, INC., ET AL.**

vs.

Defendant:
**U.S. CHINA MINING GROUP, INC. AND HONGWEN LI**

For:
DONALD FLYNN
ANDERSON KILL, P.C.
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Received by Zane Investigations, Inc on the 10th day of July, 2015 at 2:34 pm to be served on **U.S. CHINA MINING GROUP, INC. C/O NEVADA SECRETARY OF STATE, AUTHORIZED REPRESENTATIVE, 202 N CARSON STREET, CARSON CITY, NV 89701**.

I, JAMIE KLAMUT #830, being duly sworn, depose and say that on the **13th day of July, 2015** at **11:42 am**, I:

served a **CORPORATION** by delivering a true copy of the **LETTER, SUMMONS IN A CIVIL ACTION, ADDENDUM, CIVIL COVER SHEET, VERIFIED COMPLAINT, CHECK $10** with the date and hour of service endorsed thereon by me, to: **CRYSTAL SHERLY** as **AUTHORIZED REPRESENTATIVE** for **U.S. CHINA MINING GROUP, INC.**, at the address of: **202 N CARSON STREET, CARSON CITY, NV 89701**, Individual is a person of suitable age and discretion at the above address, which is the address of the register agent as shown on the current certificate of designation filed with the Secretarty of State.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: CAUCASIAN, Height: 5'9", Weight: 140, Hair: BLONDE, Glasses: N

## AFFIDAVIT OF SERVICE For 1:15-CV-04636-CM

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 16 day of July, 2015 by the affiant who is personally known to me.

*Karen Regan*
NOTARY PUBLIC

**KAREN REGAN**
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 99-89603-2 - Expires November 13, 2015

JAMIE KLAMUT #830
Process Server

Zane Investigations, Inc
P.O. Box 11293
Reno, NV 89510
(775) 337-8177

Our Job Serial Number: ZAN-2015002458
Ref: 1:15-CV-04636-CM