AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Hongwen Li

was received by me on *(date)*  06/25/2015  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)*  "Jane Doe" Li, Co-tenant
_____ , a person of suitable age and discretion who resides there,
on *(date)*  06/30/2015  , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: 7/21/15

Server's signature

FRANK KAUL
COMM. # 2095262
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
COMM. EXPIRES JAN. 24, 2019

Timothy Moore, Process Server, Reg#1173, Alameda County, CA
*Printed name and title*

c/o Swift Attorney Service
500 Allerton St., Suite 105
Redwood City, CA 94063
*Server's address*

Additional information regarding attempted service, etc:
On 6/27 @ 4:50pm, per spouse the subject was out of the country,
On 6/29 @ 10:20am, there was no answer at the door
"Jane Doe" Li's description: Asian Female, 60-70 years old, Black/Grey Hair, 5'4" tall, 140LBS
Mailing Copy Mailed: 7/7/15

| Attorney or Party without Attorney:<br>ANDERSON, KILL, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020 | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: (212) 278-1404    FAX No: (212) 278-1733 | | | | |
| | | Ref. No or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT | | | | |
| Plaintiff: EURO PACFIFIC CAPITAL, INC. et al. | | | | |
| Defendant: LI, et al. | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>15CV4636 (CM) |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS (AND) COMPLAINT; CIVIL COVER SHEET; INDIVIDUAL PRACTICES AND PRODCEDURES - JUDGE COLLEEN McMAHON; ELECTRONIC CASE FILING RULES AND INSTRUCTIONS

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:         Tue., Jul. 07, 2015
   b. Place of Mailing:        Redwood City, CA 94063
   c. Addressed as follows:    HONGWEN LI
                               4028 Sutherland Drive
                               PALO ALTO, CA 94303

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Jul. 07, 2015 in the ordinary course of business.

5. Person Serving:                                            Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. TIMOTHY J. WULFF                          d. **The Fee** for Service was:   $75.00
   b. SWIFT ATTORNEY SERVICE                    e. I am: (3) registered California process server
      P.O. BOX 5324                                (i)   Independent Contractor
      500 ALLERTON STREET, SUITE 105               (ii)  Registration No.:    419
      Redwood City, CA 94063                       (iii) County:              San Mateo
   c. (650)364-9612, FAX (650)364-3305             (iv)  Expiration Date:     Thu, Jun. 22, 2017

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Mon, Jul. 20, 2015
         21

Judicial Council Form POS-010                    PROOF OF SERVICE                    (TIMOTHY J. WULFF)
Rule 2.150.(a)&(b) Rev January 1, 2007               By Mail                                              zanders9.128149