# EXHIBIT 2

DAVID GRAFF
CHRISTOPHER AYERS
RACHAEL KIERYCH
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020
Dgraff@andersonkill.com
Rkierych@andersonkill.com
*Attorneys for Plaintiffs*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/11/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EURO PACIFIC CAPITAL, INC., individually and in its capacity as Investor Representative and attorney-in-fact for ALEXANDER AND YANA GALUZ, AMY J. STEFANIK, ANN STRUVE, ANTHONY NAHUM, ART KLEPPEN AND KIMBERLY KLEPPEN, BARBARA ELLIS, BARBARA HEARST, BARBARA S. MEISTER, BENJAMIN R. EARL AND JONEE D. EARL, BERT JUDE HUNTSINGER, BLAKE AND LISA EVERETT, BRUCE FRANKLIN, BRUCE RAVENEL, BURT YANO AND PATRICIA YANO, CAROL COOPER, CAROLYN R. LONG, CHARLES BRABENAC, CHARLES M. CLAUSSEN AND MICHELLE S. CLAUSSEN, CHARLES SULLIVAN AND CAROL SULLIVAN, CHARLOTTE J. BELASCO, CHIN HSIAO, CINDY J. LEWIS, CLIFF WARD, COREY SHANNON MCNAMEE, CURTIS ANDREW BEESON AND BRENDA BATENBURG, CYNTHIA KESSLER AND JAMES KESSLER, DAMON SUTER AND MALINDA SUTER, DANIEL J. GRIFFIN, DARREL LEE KLOECKNER, DAVID ALAN SCULLY, DAVID W. LARSON AND JENNIFER L. LARSON, DEBORAH FOREMAN, DENNIS FRIED AND JOYCE FRIED, DIANE D. SPOLUM, DONALD GIRARD CLARK JR. AND DEBRA L. CLARK, DONALD T. GLASER JR., DOUGLAS W. JOHNSON, EDGAR SIMONS, EDWARD CHARLES MOHR, ELIZABETH RICHARDS, ELMIRA GADOL, FRANCIS BRENT MAY AND JONEITA JEAN MAY, FRANK CARDILE SR., FRED HARPER, GARY LEE BUKAMIER, GARY MARDER, GAYLE M. AND DEBORAH SANDERS, GEORGE FELDMAN, GEORGE K. CHING, GEORGE MADARAZ, GERALD AND BEVERLY R BARNE, GERALD MONA, GERARD SURERUS, GERSHOM LUNDBERG, GILBERT DOMINGUEZ, KENNETH RAY GLEASON, HARNEK | Index No. 1:15-cv-04636-CM<br><br>**CLERK'S CERTIFICATE** |

THIARA AND TALWINDER THIARA, HEIDI W.
KIENE AND KEVIN KIENE, HENRY LOUIS
SCHAIRER JR., HOWARD W. WAHL, J. MARK
MCPHERSON, JACK AND TAMI FINEGOLD, JACK
ABRAMS AND MARGO ABRAMS, JAMES A.
SHEAHAN AND MELODY K. SHEAHAN, JAMES A.
TAMBORELLO, JAMES ALLEN LUTTER, JAMES
CURTIS BROWN, JAMES D. DREYER JR., JAMES V.
BACON, JASON HANDZA AND ALEXANDRA
HANDZA, JASON L. RAWLINGS AND LEANNE K.
RAWLINGS, JEFF ARCHIBALD, JEFFREY REISNER,
JOANNE COLTRIN AND ANDRE COLTRIN, JOHN
MAVAR, JOHN T. KEALY AND JANINE K. KEALY,
JONATHAN EDWARDS AND VIRGINIA C. ADAMS,
JOSEPH MCCARTHY AND MIKI MCCARTHY, JOSH
D. BRADBURY, JR., SUSAN BRADBURY, JOSHUA
SCHEIN, JULIA L. GRIFFIN, JUSTIN KERENYI, KARL
K. SPIELMAN AND MELINDA G. ELKIN, KENNETH
NASS, KENT SCOTT AND LAURA SCOTT, KERRY
LEE AND HELEN WELSH, KEVIN P. O'NEILL AND
SUZANNE ODELL O'NEILL, KURT SWOGGER,
LARRY BRUNZLICK, LARRY E. GROFF AND DORIS
R. GROFF, LARRY GUAGLIARDO, LAURA D.
MCHUGH, LAWRENCE J. BUTZ, LAWRENCE
LEARY, LLOYD E. HENDRIX, LOUIS A. LARSON
AND PAMELA J. LARSON, MARC KASSIN, MARC W.
LEVIN, MARK A. OSTERHAUS, MARK DUGGER,
MARK R. MITCHELL, MARSHALL CARL RICE,
MARY HEINKING, MARY NEIBERG, MARYANN
MIGAS, MATT HAYDEN, MATTHEW C. AMERMAN
AND CARRIE AMERMAN, MEHRAN TASLIMI,
MICHAEL MATULA, MICHAEL SCULLY, MICHELLE
GRIFFIN, MIRIAM SCHWARTZ, MITCHELL MARTIN
AND DEBORAH MARTIN, NANCY L. BENSON,
NICOLAS KARAMAOUN, OLEKSANDR TUMKO
AND OKSANA TUMKO, PAMELA HARRINGTON
MUNRO, PAT BROWNE, PATRICK AND GLORIA
KIRK, PATRICK MULLEN, PAUL DIPAOLO AND
NANCY L. WORTHINGTON, PAUL E. SORGE JR.,
PAUL HARPER ZINK, PETER D. SCHIFF, PETER
SCHORTMANN AND SUSAN SCHORTMANN,
QUINCY MURPHY, RALPH DALE EDSON, RANDELL
SCOTT GLEASON AND MICHELE LEE GLEASON,
RICHARD MOORE, RICHARD P. ANTHONY III AND
KIMBERLY J. ANTHONY, RICHARD POTAPCHUK,

ROBERT DAGGETT, ROBERT E. CATHRO, ROBERT HEIMANN, ROBERT L. BISHOP AND FRANCINE BISHOP, ROBERT NEAL SPADY AND LINDA SPADY, ROBERT T. FOSS AND MARGARET FOSS, ROD MCINTYRE, ROYCE V. JACKSON, RUSSELL B. WALKER, RUSSELL PARKER, SARAH J. BASLER AND DONALD S. BASLER, SCOTT MUELLER, SCOTT R. GRIFFIN, SCOTT R. LENNES, SHERRY MORSE MACCABEE AND JOHN GREENBERGER MACCABEE, SHIDAN TASLIMI, STANLEY J. DRELICK, STEPHEN P. MCCARRON, STEPHEN RASKIN, STEVE SMITH, STEVEN PAUL HARMS, TERRY ALAN CREWS, TERRY OLSON AND LINDA M. OLSON, THOMAS AARON LADNER, TIMOTHY CARROLL, TIMOTHY CRANE, TIMOTHY NASS, TIMOTHY WEAVER, TINA C. PETERSON AND HENDRIKUS M. SCHRAVEN, TODD A. HANNON AND MICHELLE L. HANNON, TONY BIZ AND JEANNE C. LIM, VADA NOBLES, VINCE BACOLINI, VIVEK GHAI, VLAJKO DJORDJEVIC, WALTER FRIESEN, WILLIAM BRADLEY, WILLIAM J. CYR, WILLIAM WILEY AND MARIANNE WILEY, WILLIS DUNKUM III, YADIN ROZOV, and DOES 1-100,

                                Plaintiffs,

vs.

U.S. CHINA MINING GROUP, INC. and HONGWEN LI,

                                Defendants.

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on June 16, 2015 with the filing of a summons and complaint, that a copy of the summons and complaint was served on defendant U.S. China Mining Group, Inc. ("USCM") by personally serving the Nevada Secretary of State on July 10, 2015 at 202 N. Carson Street, Carson City, NV 89701, and proof of such service thereof was filed on July 23, 2015, Doc. # 9.

nydocs1-1055521.1

I further certify that a copy of the summons and complaint was served on defendant Hongwen Li ("Li" and collectively referred to with USCM as "Defendants") by leaving a copy at Li's residence or usual place of abode with Jane Doe Li a person of suitable age and discretion who resides there on June 30, 2015. Copies were also placed in the United States mail, in a sealed envelope by First Class mail with postage prepaid on July 7, 2015. Proof of such service thereof was filed on July 23, 2015, Doc # 10.

I further certify that the docket entries indicate that the Defendants have not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendants is hereby noted.

Dated: New York, New York
September 11, 2015

**RUBY J. KRAJICK**
Clerk of Court

By: _____
Deputy Clerk

nydocs1-1055521.1