ANDERSON KILL P.C.
1251 AVENUE OF THE AMERICAS
NEW YORK, NY  10020
212-278-1000
*Attorney for:*  Plaintiff

| | |
|---|---|
| EURO PACIFIC CAPITAL, INC.<br><br>*Plaintiff*<br><br>U.S. CHINA MINING GROUP, INC., ET AL.<br><br>*Defendant* | Case Number:  1:15-CV-04636-CM<br><br>**AFFIDAVIT OF SERVICE** |

KEVIN R. SMITH, being duly sworn deposes and says: that at all times herein affiant was and is a citizen of the United States, over 18 years of age, and not a party to or interested in the proceeding in which this affidavit is made.  The affiant received on Tuesday December 29 2015; 1 copy(ies) of the:

**MOTION FOR DEFAULT JUDGMENT; MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT; AFFIRMATION OF CHRISTOPHER L. AYERS IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT; [PROPOSED] ORDER GRANTING MOTION FOR DEFAULT JUDGMENT; NOTICE OF MOTION; COVER LETTER; $10.00 CHECK**

**I served the same on Tuesday December 29 2015 at 11:53AM by:**

**Serving Defendant U.S. CHINA MINING GROUP, INC., BY SERVING THE NEVADA SECRETARY OF STATE**

Substituted Service, by leaving the copies with or in the presence of: MELLISA "DOE", EMPLOYEE WHITE FEMALE, 35 YEARS, BROWN HAIR, 5'5", 140 LBS Authorized Agent.  at the Defendant's Business located at 555 E WASHINGTON AVE, STE 5200, Las Vegas, NV  89101.

SUBSCRIBED AND SWORN to before me on this
Wednesday December 30 2015 By the Affiant.

_____
Notary Public

RENA AUSTIN-BROWN
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 04-91718-1
My Appt. Expires Oct. 10, 2017

_____
Affiant: KEVIN R. SMITH #R-038414
LEGAL WINGS, INC.
1118 FREMONT STREET
Las Vegas, NV  89101
(702) 384-0305, FAX (702) 384-8638

*2781000.478737*