# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Christopher L. Ayers Esq
cayers@andersonkill.com
212-278-1570

*Via ECF*  May 26, 2016

Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse, courtroom 17C
500 Pearl St.
New York, NY 10007-1312

>  Re:   EURO PACIFIC CAPITAL, INC. et. al. v. U.S. CHINA MINING GROUP, INC and HONGWEN LI Case No.: 1:15-cv-04636-CM

Dear Honorable Colleen McMahon:

This firm represents Plaintiffs, Euro Pacific Capital Inc. et. al. ("Plaintiffs") in the above captioned matter. On February 16, 2016, pursuant to a Court Order (Doc. 21), this Court requested additional information from Plaintiffs before ruling on the Motion for Default Judgment (Doc. 17). On March 17, 2016, Plaintiffs filed a Supplemental Brief and Affidavit in response to the Court's request for additional information (Doc. 23, 24).

We write to inquire as to the current status of the aforementioned Default Motion and Supplemental Brief.

Respectfully submitted,

/s/ Christopher L. Ayers

Christopher L. Ayers, Esq.